1010

[No. 42444-1-I.  Division One.  March 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN SANCHEZ, *Defendant*, DONALD BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-05505-5, Norma Smith Huggins, J., entered March 5, 1998. *Reversed* by unpublished per curiam opinion.

[No. 43666-0-I.  Division One.  March 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY DEAN ACKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-06932-3, Norma Smith Huggins, J., entered October 30, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox and Ellington, JJ.

[No. 44135-3-I.  Division One.  March 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD GENE BEAGLES, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 98-1-00738-5, Linda Lau, J., entered February 8 and March 25, 1999. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Kennedy and Appelwick, JJ.

[No. 44655-0-I.  Division One.  March 5, 2001.]

DANA CEA, *Appellant*, v. SHARON MARIE DAVIDSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-02678-1, Joseph A. Thibodeau, J., entered March 4, 1999. *Affirmed* by unpublished per curiam opinion.